■ BAY RIDGE LUMBER CO., INC., Respondent, v SUMMIT RENOVATION CORP., Appellant. [706 NYS2d 155] —In an action to re-

cover damages for breach of contract and for an account stated, the defendant appeals from a judgment of the Supreme Court, Kings County (Wade, J.), entered January 7, 1999, which, after a nonjury trial, is in favor of the plaintiff and against it in the principal sum of $48,053.04.

Ordered that the judgment is affirmed, without costs or disbursements.

In 1991 the defendant, a general contractor, ordered various materials from the plaintiff for use in its public and private construction projects around New York City. The agreed-upon price for the materials was $102,509, of which the defendant ultimately paid the plaintiff $42,758. Thereafter, the plaintiff commenced this action to recover the remaining $59,751, and the defendant interposed a counterclaim for damages in the amount of $467,400, alleging that the plaintiff delivered defective materials and delayed the delivery of other materials.

The plaintiff established its entitlement to recover the principal sum of $48,053, through the invoices and signed receipts that it submitted at trial. Because the defendant did not object to the invoices it received within a reasonable period of time, its retention of them without objection gave rise to an enforceable account stated (*see, e.g., Peterson v IBJ Schroder Bank & Trust Co.,* 172 AD2d 165, 166; *Chemical Bank v Kaufman,* 142 AD2d 526, 527; *Marino v Watkins,* 112 AD2d 511; *Rosenman Colin Freund Lewis & Cohen v Neuman,* 93 AD2d 745). Moreover, the trial court correctly found that the defendant failed to prove its counterclaim (*see, e.g., Pronti v DML of Elmira,* 103 AD2d 916). O'Brien, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.